# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FILED
2-21-17
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

Criminal No. 3:17-cr-31-J-20MCR

ADRIAN CLAYTON CLEMONS

I, Adrian Clayton Clemons, the above named defendant, who is accused of Conspiracy to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846, being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

ADRIAN CLAYTON CLEMONS
Defendant

ALEX KING
Counsel for Defendant

Before ______________________________
Judicial Officer