FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2017 FEB 24 AM 11:37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v. CASE NO. 3:17-cr-31-J-20MCR

ADRIAN CLAYTON CLEMONS

**ORDER**

The Motion for Capias filed herein by the United States of America is hereby GRANTED, and a capias shall issue for the Defendant. The conditions for the Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at Jacksonville, Florida, this 24th day of February, 2017.

United States Magistrate Judge

Copies to:

United States Attorney (Karase)
United States Marshal