United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v. NO. 3:17-cr-31-J-20MCR

ADRIAN CLAYTON CLEMONS

---

# Clerk's Minutes

| | |
|---|---|
| **Proceeding** | Initial Appearance |
| **Date** | March 2, 2017 |
| **Time** | 4:16—46 p.m. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for United States** | Kelly Karase, Assistant United States Attorney |
| **Counsel for Defendant** | Alex King, Esquire |
| **Pretrial Services Officer** | Jacob Ely, United States Pretrial Services Officer |
| **Digital/Reporter** | Digital |

Mr. Clemons was arrested on March 2, 2017, on an information out of Jacksonville, Florida.

Judge Barksdale advised Mr. Clemons of his right to remain silent.

Judge Barksdale asked Mr. Clemons questions to assess competency.

Mr. Clemons stated that he had received a copy of the information.

Judge Barksdale advised Mr. Clemons of the charge, the possible penalties, the right to counsel, and the right to self-representation. Mr. Clemons advised the Court that he has retained Mr. King to represent him in this case.

Ms. Karase did not oppose Mr. Clemons's release on bond and proposed release conditions. Mr. King did not object to the proposed release conditions, except to expand travel area to St. Johns County. Judge Barksdale ordered Mr. Clemons released on a $25,000 unsecured bond and imposed both standard and special release conditions. A written order will follow.

Judge Barksdale set the arraignment and waiver-of-indictment hearings for **March 9, 2017, at 11:00 a.m.**, before Judge Richardson.