United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.** **No. 3:17-cr-31-J-20MCR**

**ADRIAN CLAYTON CLEMONS**

---

## Order Setting Conditions of Release

The Court **orders** that the defendant's release is subject to the following conditions:

1. The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case and shall report any violations, arrests, or convictions, or contact with law enforcement personnel (including traffic stops) to Pretrial Services immediately.

2. The defendant shall remain at the address provided to Pretrial Services and shall not change that address without prior permission from the Court.

3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear before Magistrate Judge Monte C. Richardson, 300 North Hogan Street, Courtroom 5C, Jacksonville, Florida, on **March 9, 2017, at 11:00 a.m.**

4. The defendant must participate in DNA collection if required by law.

## Additional Conditions of Release

To reasonably assure the appearance of the defendant and the safety of other persons and the community, the Court further **orders** that the defendant's release is subject to the following additional conditions:

### 5. Financial Conditions

The defendant shall execute an unsecured appearance bond binding the defendant to pay the United States of America $25,000 (with no money deposited with the Registry of the Clerk of Court) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed or for failure to obey any and all of the other conditions of release imposed in this Order.

## 6. Release on Personal Recognizance or Unsecured Bond

The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

## 7. Specific Conditions

The defendant shall:

a. Maintain or actively seek employment.

b. Restrict travel to St. Johns and Duval counties in Florida.

   The defendant's travel may be modified by the Pretrial Services Officer.

c. Report on a regular basis to Pretrial Services Office as directed by the Pretrial Services Officer.

d. Refrain from possessing a firearm, destructive device, or other dangerous weapon.

e. Refrain from any use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

f. Undergo drug testing, urinalysis testing, education, and treatment as directed by Pretrial Services Office with the cost borne by the defendant as determined by the Pretrial Services Office.

g. Submit to any method of testing required by the Pretrial Services Office or the Supervising Officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant shall be financially responsible for this program to the extent determined by Pretrial Services.

h. Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

i. Refrain from applying for or attempting to obtain a passport or any travel documents.

j. Participate in the following home-confinement program component and abide by all of the requirements of the program, which will include either electronic monitoring or global positioning system under the direction of Pretrial Services, with the costs to be contributed by the defendant at the direction of Pretrial Services.

The defendant must be in his parents' residence at all times except for attorney visits; medical appointments; religious services; court appearances; court-ordered obligations; or other activities, including employment, as pre-approved by the Pretrial Services Officer.

## Advice of Penalties and Sanctions

**To the defendant: you are advised of the following penalties and sanctions:**

A violation of any of the conditions of release in this Order may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

Your commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine, or both, to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the Court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim, or informant, or to retaliate against a witness, victim, or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

- an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

- an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

- any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

- a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

*I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth in this Order.*

Signature: [signature] Date: 3/2/17

Address: 1171 Perregrine Cir W
Saint Johns FL 32259

Telephone: 904-287-7787

## Directions to the United States Marshal

The Court **orders** the defendant's release after processing.

March 2, 2017

[signature]
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Kelly Karase, Assistant United States Attorney
Alex King, Esquire
U.S. Marshals Service
U.S. Pretrial Services
Adrian Clayton Clemons