**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.** **Case No. 3:17-cr-31-J-20MCR**

**ADRIAN CLAYTON CLEMONS**

**Defense Atty.: Nicholas Alexander King**
**AUSA: Kelly Karase**

| | | | |
|---|---|---|---|
| JUDGE | Monte C. Richardson<br>U. S. Magistrate Judge | DATE AND TIME | 11:12 AM - 11:22 AM<br>11:33 AM - 11:55 AM<br>32 MINUTES |
| DEPUTY CLERK | Sharon H. Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | | PRETRIAL/PROBATION: | None Present |

## CLERK'S MINUTES

**PROCEEDINGS:** **WAIVER OF INDICTMENT/CHANGE OF PLEA**

Defendant placed under oath.

Court advised Defendant that although he is proceeding by way of Information, he has a right to have his case brought before a grand jury. Defendant questioned regarding the Waiver of Indictment and the Court finds that he freely, voluntarily, knowingly and intelligently waives his right to an Indictment. **WAIVER OF INDICTMENT EXECUTED AND FILED IN OPEN COURT**.

Defendant enters plea of guilty to Count One of the Information.

Court finds Defendant alert, intelligent and willingly entered plea of guilty.

Parties agree to waive 14 day objection period to Report and Recommendation.

Conditions of release previously entered shall remain in effect.

Report and Recommendation to enter.

Sentencing to be set by District Judge.

**FILED IN OPEN COURT:**
Information
Waiver of Indictment
NOTICE re: Entry of a Plea of Guilty
PLEA AGREEMENT