**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs. CASE NO. 3:17-cr-31-J-20MCR

ADRIAN CLAYTON CLEMONS

---

## ORDER

This cause came on to be heard on March 9, 2017, for the scheduled Change of Plea Hearing at which counsel for the defendant announced the defendant's desire to waive indictment. Defendant was advised of the charges and maximum penalties therefor and of his rights concerning waiver of indictment. The defendant executed a Waiver of Indictment in open Court. The Court finds the defendant knowingly, intentionally, voluntarily and freely waived his right to require the United States to present this case to a Federal Grand Jury and consented to prosecution by information.

**DONE** and **ORDERED** in Jacksonville, Florida on this 9th day of March, 2017.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Assistant United States Attorney (Karase)
Nicholas Alexander King, Esq.